DEFENDINI ET AL., DEMANDANTES Y APELANTES, *v.* CURET, DEMANDADA Y APELADA.

Apelación procedente de la Corte de Distrito de Guayama en pleito sobre desahucio.

No. 2362.—Resuelto en marzo 8, 1921.

DESAHUCIO—PRUEBA NECESARIA.—Expresándose en la escritura de compra-venta de una casa que la vendedora la adquirió por herencia materna, no procede el desahucio de la finca contra una hermana de la vendedora si el demandante no prueba que ésta era la única dueña del inmueble al tiempo de la venta.

Los hechos están expresados en la opinión.
Abogado de los apelantes: *Sr. J. J. Aponte.*
Abogado de la apelada: *Sr. C. Domínguez Rubio.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Los esposos Mateo Defendini y Amelia Ferrer demandaron en juicio de desahucio por precario a María Curet para que desocupara una casa radicada en Guayama que compraron a Juana Guillermo Curet, quien la había adqui-

rido por herencia de su madre Martina Curet según manifestó en la escritura de venta. La demanda fué declarada sin lugar y los demandantes establecieron este recurso de apelación.

La demandada María Curet es hermana de la vendedora Juana Guillermo Curet y de Pedro Irenes de igual apellido y los tres son hijos y herederos de Martina Curet, anterior dueña de la casa; y no habiendo probado los apelantes que su vendedora fuera única dueña de dicha casa por habérsele adjudicado en la herencia de su madre, carecen de acción para reclamar, como únicos dueños, que la desocupe la coheredera María Curet.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.